﻿Citation Nr: AXXXXXXXX
Decision Date: 11/27/19 Archive Date: 11/27/19

DOCKET NO. 190624-36917
DATE: November 27, 2019

ORDER

Entitlement to an earlier effective date prior to April 24, 1997, for the grant of service connection of the medial and lateral meniscal tears within the left knee joint, with an associated semimembranosus sprain (left knee disorder), is dismissed. 

Entitlement to an earlier effective date prior to April 24, 1997, for the grant of service connection for the partial sacralization of the L5 vertebral body on the left, multilevel spondylosis and L3-L4, L4-L5 disc bulges with minimal bilateral neural foramina narrowing, (a back disorder), is dismissed. 

Entitlement to an initial rating in an excess of 20 percent disabling for a back disorder, prior to March 19, 2018, and in excess of 40 percent thereafter, is dismissed. 

FINDINGS OF FACT

1. In a November 2018 decision, the Board denied an earlier effective date for left knee disorder, earlier effective date for a back disorder, and an increased rating for a back disorder.

2. The Veteran has neither sought reconsideration of the Board's November 2018 decision nor appealed the Board's decision to United States Court of Appeals for Veterans Claims (Court).

CONCLUSIONS OF LAW

The November 2018 Board decision denying an earlier effective date for left knee disorder, earlier effective date for a back disorder, and an increased rating for the back disorder is final. 38 U.S.C. §§ 7104, 7105; 38 C.F.R. §§ 20.101, 20.1100.

REASONS AND BASES FOR FINDINGS AND CONCLUSIONS

The Veteran served on active duty from October 1959 to May 1963.

1. Entitlement to an earlier effective date prior to April 24, 1997, for the grant of service connection of a left knee disorder, is dismissed. 

2. Entitlement to an earlier effective date prior to April 24, 1997, for the grant of service connection for a back disorder, is dismissed. 

3. Entitlement to an initial rating in an excess of 20 percent disabling for a back disorder, prior to March 19, 2018, and in excess of 40 percent thereafter, is dismissed. 

In a November 2018 decision, the Board denied claims of earlier effective dates for the grant of service connection for the left knee and back disabilities and for increased rating for the back disability. The Board's decision was final when issued. See 38 U.S.C. § 7104 (b); 38 C.F.R. § 20.1100 (a).

The Veteran was notified of the Board decision and his appellate rights. Specifically, the he could file and appeal to the United States Court of Appeals for Veterans Claims (Court), or file a motion to the Board for either reconsideration, to vacate the decision or for revision based on clear and unmistakable error (CUE). 

In June 2019 the Veteran submitted a VA Form 10182, Notice of disagreement (NOD) requesting Direct Review of the November 2018 Board decision. The record does not show that the Veteran filed an appeal to the Court or a motion with the Board for reconsideration, vacate or revision based on CUE. The Board does not have jurisdiction to review an appeal of the November 2018 Board decision and the appeal is dismissed.

 

M.E. Larkin

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board N. Williams

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.